# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

May 8, 2014

### Before

DIANE P. WOOD, *Chief Judge*
WILLIAM J. BAUER, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No.: 13-2484 | SYLVESTER JACKSON, Plaintiff - Appellant<br><br>v.<br><br>RANDALL HEPP, et al., Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:11-cv-00774-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb |

The nonprecedential disposition of this court issued on May 7, 2014, is **AMENDED** as follows:

On page 1, line 1, the name "Randall Jackson" is replaced with "Sylvester Jackson".

form name: **c7_Order_3J**(form ID: **177**)